| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Todd M. Friedman (SBN 216752) | |
| Adrian R. Bacon (SBN 280332) | |
| Meghan E. George (SBN 274525) | |
| LAW OFFICES OF TODD M. FRIEDMAN, P.C. | |
| 21550 Oxnard St., Suite 780 | |
| Woodland Hills, CA 91367 | |
| Phone: 877-206-4741 | |
| tfriedman@toddflaw.com | |
| ATTORNEY(S) FOR: Plaintiff, BOB GREENFIELD | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB GREENFIELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>CONNECTTO COMMUNICATIONS INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   BOB GREENFIELD
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BOB GREENFIELD | PLAINTIFF |
| CONNECTTO COMMUNICATIONS INC. | DEFENDANT |

| | |
|---|---|
| March 17, 2017 | s/Todd M. Friedman |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff, BOB GREENFIELD