Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com
mgeorge@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE ALAN, individually and on behalf of all others similarly situated, ) ) ) | Case No. 2:17-cv-00335-FMO-KS |
| Plaintiff, ) ) | **NOTICE OF ERRATA** |
| vs. ) ) | |
| ATLAS VAN LINES, INC., and DOES 1 through 10, inclusive, and each of them, ) ) ) ) | |
| Defendant. ) | |

PLEASE TAKE NOTICE that Document [11] of the Case Docket, NOTICE OF VOLUNTARY DISMISSAL, was erroneously filed in that it is the wrong document. Attached hereto as EXHIBIT A is the correct document, namely Plaintiff's NOTICE OF VOLUNTARY DISMISSAL.

Respectfully Submitted this 17th day of March, 2017.

                LAW OFFICES OF TODD M. FRIEDMAN, P.C.
                By:  /s/ Todd M. Friedman
                    Todd M. Friedman
                    Law Offices of Todd M. Friedman
                    Attorney for Plaintiff

CERTIFICATE OF SERVICE

Filed electronically on this 17th day of March, 2017, with:

United States District Court CM/ECF system

Notification sent on this 17th day of March, 2017, via the ECF system to:

United States District Court
Central District of California

Behzad Ben Mohandesi
Jordan S. Yu
Brett Brandon Goodman
Yu Mohandesi LLP
633 West Fifth Street Suite 2800
Los Angeles, CA 90071
bmohandesi@yumollp.com
jyu@yumollp.com
bgoodman@yumollp.com

This 17th day of March, 2017.
By: s/Todd M. Friedman
       Todd M. Friedman

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT A