Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com
mgeorge@toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE ALAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATLAS VAN LINES, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 2:17-cv-00335-FMO-KS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without prejudice as to herself and the class.  Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil

Procedure.  Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 17th day of March, 2017.
By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

Filed electronically on this 17th day of March, 2017, with:

United States District Court CM/ECF system

Notification sent on this 17th day of March, 2017, via the ECF system to:

United States District Court
Central District of California

Behzad Ben Mohandesi
Jordan S. Yu
Brett Brandon Goodman
Yu Mohandesi LLP
633 West Fifth Street Suite 2800
Los Angeles, CA 90071
bmohandesi@yumollp.com
jyu@yumollp.com
bgoodman@yumollp.com

This 17th day of March, 2017.
By: s/Todd M. Friedman
       Todd M. Friedman